## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: REGINA PERKINS  
    1046 COOPER ST  
    KINGSPORT, TN 37665

CASE NO. 3:14-bk-03312  
CHAPTER 13  
JUDGE HARRISON

**Debtor**  
SSN: xxx-xx-5178

### MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Comes now the Debtor, by and through the undersigned counsel, and respectfully moves this Court to allow Debtor to voluntarily dismiss his / her above referenced Chapter 13 Bankruptcy Case pursuant to Local Rule of Bankruptcy Procedure 1017-2(d).

**WHEREFORE**, Debtor respectfully prays that an Order be entered dismissing the above-styled Chapter 13 Case.

                                          Respectfully Submitted,  
                                          /s/ Mark Podis  
                                          Mark Podis #012216  
                                          Attorney for Debtor  
                                          1161 Murfreesboro Road Ste 300  
                                          Nashville, Tennessee 37217  
                                          Telephone (615) 399-3800  
                                          Facsimile (615) 399-9794  
                                          E-mail PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered to the U.S. Trustee, 701 Broadway, 3rd Floor, Nashville, TN 37203, to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203, and mailed to debtor, REGINA PERKINS, 1046 COOPER ST, KINGSPORT, TN 37665, and to all creditors and all parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov on this the 19th day of February 2018.

/s/ Mark Podis
MARK PODIS

**A TOTAL OF 29 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MAILING LIST.**

**First Class Mail 29**

**Certified Mail 0**