IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
    ORVILLE PERKINS (Deceased)    CASE NO. 3:14-bk-03312
    c/o REGINA PERKINS    CHAPTER 13
    1046 COOPER STREET    JUDGE HARRISON
    KINGSPORT, TN 37665
        Debtor
    SSN: xxx-xx-5178

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** *March 16, 2018.* **IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** *April 4, 2018, 8:30 A.M., Court Room 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203*

## MOTION AND NOTICE FOR HARDSHIP DISCHARGE

The Debtor has asked the court for the following relief:    **The Debtor is seeking a hardship discharge.**

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before **_March 16, 2018_**, you or your attorney must:

1. File with the court your written response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https:ecf.tnmb.uscourts.gov>

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday – Friday, 8:00 A.M. – 4:00 P.M.)

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by viewing the case on the court's web site at <www.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: February 23, 2018

/s/ Mark Podis
_____
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, Tennessee 37217
Telephone (615) 399-3800
 Facsimile (615) 399-9794
E-mail PodisBankruptcy@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**IN RE:**
    **ORVILLE PERKINS (Deceased)**    **CASE NO. 3:14-bk-03312**
    **c/o REGINA PERKINS**    **CHAPTER 13**
    **1046 COOPER STREET**    **JUDGE HARRISON**
    **KINGSPORT, TN 37665**
        **Debtor**
    **SSN: xxx-xx-5178**

## MOTION AND NOTICE FOR HARDSHIP DISCHARGE

Comes now the Debtor, by and through the undersigned counsel, and respectfully moves this Court to allow him to file a Motion and Notice for the purpose of receiving a Hardship Discharge.

1. The Debtor filed a Chapter 13 Bankruptcy on April 24, 2014.

2. Debtor passed away on December 17, 2017.

3. Death Certificate for debtor is attached hereto as Exhibit 1.

**WHEREFORE,** Debtor respectfully prays that the Court enter an Order granting a Hardship Discharge.

        Respectfully Submitted,

        /s/ Mark Podis
        Mark R. Podis, #012216
        Attorney for Debtors
        1161 Murfreesboro Road Ste 300
        Nashville, TN 37217
        615-399-3800 Telephone
        615-399-9794 Fax
        Email-podisbankruptcy@aol.com

# CERTIFICATE OF SERVICE

      This is to certify that a true and exact copy of the forgoing Motion has been mailed to all interested parties, to the Chapter 13 Trustee, Henry E. Hildebrand, III, PO Box 340019 Nashville, TN 37203, mailed to the debtor, Estate of **Orville Perkins**, c/o Regina Perkins, 1046 Cooper Street, Kingsport, TN 37665, delivered to the Assistant U.S. Trustee for the Middle District of Tennessee, 3rd floor, Customs House, 701 Broadway, Nashville, TN 37203, and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 23rd day of February 2018.

      /S/MARK PODIS
      Mark Podis

**A TOTAL OF 29 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.**